UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELSEY QUIBILAN,

                  Plaintiff,

     v.

GEICO ADVANTAGE INSURANCE
COMPANY,

                  Defendant.

CASE NO. 2:23-cv-00422-LK

ORDER OF DISMISSAL

       This matter comes before the Court on the parties' stipulated motion for dismissal. Dkt. No. 16. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

       Dated this 21st day of May, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1